## UNITED STATES BANKRUPTCY COURT
## EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| SAFINA MBAZIRA | Chapter 7 |
| | Case No. 13-16586-MSH |
| Debtor | |

### APPLICATION OF COUNSEL TO CHAPTER 11 DEBTOR IN POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to sections 326 and 330 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., Rule 2016 of the Federal Rules of Bankruptcy Procedure and MLBR 2016-1, David G. Baker, duly authorized counsel to the chapter 11 debtor in possession in the above captioned case, hereby submits this application for compensation and reimbursement for expenses for services provided during the chapter 11 portion of this case. This application is being filed at this time in order to meet the deadline for such applications.   However, it is suggested that until the First Circuit rules on the pending appeal, no responses or objections should be required in the interest of judicial economy.

In support of this application, Baker respectfully states the following:

### Background

1.      The debtor filed a petition under Chapter 11 of the Bankruptcy Code on November 12, 2013.

2.      Because the debtor was not an attorney and not versed in legal matters, she needed representation.

3.      The court (Hillman, J.) granted my application for authorization to represent the debtor in possession.  A copy of the order is attached.  Judge Hillman approved an hourly rate of $350. There has been no change in that rate since the commencement of the representation.

4.      On motion of a creditor, a chapter 11 trustee was appointed on April 23, 2019. This application, therefore, seeks compensation for services rendered and expenses incurred between November 12, 2013, and April 23, 2019.  *See* In Re Intern. Gospel Party Boosting Jesus Groups, 487 BR 12 (D. Mass. 2013).

5.      On motion of the chapter 11 trustee, the case was converted to chapter 7 on June 12, 2019.

6.      The terms of my employment are set forth in the aforementioned application for authorization, docket number 20.

7.      At the commencement of the representation in 2013, I received a retainer of $500.  I have received no further compensation or reimbursement other than $31 for amendment of a schedule.

## Services Rendered

8.      At the outset of this case, it was anticipated that it would be a relatively routine non-business, consumer case, *see* Toibb v. Radloff, 501 US 157 (1991).  Chapter 11 was the chosen vehicle because the first mortgage encumbering title to the debtor's home was unperfected due to a defective notarization, and therefore avoidable under the Bankruptcy Code.   *See* Mbazira v. Ocwen Loan Serv., LLC (In re Mbazira), No. 13-16586-WCH, 2015 WL 1543908 (Bankr. D. Mass., Mar. 31, 2015) (Mbazira II);  Mbazira v. Ocwen Loan Serv., LLC (In re Mbazira),518 B.R. 11 (Bankr. D. Mass.2014) (Mbazira I); In re Mbazira, No. 10-11831-FDS (D. Mass., *slip op. dated July 27, 2011)*.  The majority view appears to be that chapter 13 debtors do not have standing to prosecute avoidance actions.  *See* In re Kalesnik, 571 BR 491 (Bankr. D. Mass. 2017).

9.      As the string citation in the previous paragraph indicates, the litigation over the avoidance of the mortgage was protracted and vigorously disputed by the mortgagee.  Judge Hillman's decision in favor of Mbazira was the subject of an appeal to the District Court, which affirmed, and is now – about six years later – awaiting affirmance by the First Circuit.

10.      Because of the appeals, the main case was inactive for a significant period of time.  During that time, however, the services provided consisted of meeting with the debtor and her son, Isamel Rajab, to prepare the monthly operating reports required by the United States Trustee and responding to any inquiries from the United States Trustee's office and creditors, filing notices of changes of address as needed, and generally assisting the debtor in managing her affairs.

11.      The debtor died on May 15, 2018.  Pursuant to Local Rule, the appointment of a Personal Representative was obtained in the Probate and Family Court, and from and after that date until a chapter 11 trustee was appointed, the Personal Representative  - the debtor's son, Ismael Rajab - was in charge of the bankruptcy estate.  This court approved the employment of Special Counsel for the purpose of the Probate and Family Court proceeding since the undersigned has no significant experience in Probate matters.  I am not seeking compensation for any time or expenses related to that matter other than seeking this court's authorization for employment of special counsel.

12.      In the Adversary Proceeding, the mortgagee raised a seemingly novel issue, that being whether the defective notarization of the mortgage was cured by the fact that the real property is Registered Land, rather than Recorded Land.   There seemed to be little precedent on point for that distinction, so a considerable amount of legal research was required to craft a persuasive argument.  The argument prevailed, and Judge Hillman rejected the mortgagee's position, finding no significant distinction between Recorded and Registered mortgages.

13.      As noted above, the District Court affirmed Judge Hillman's decision, and the mortgagee appealed to the First Circuit.   Oral argument was held in October, 2017, but as of this date and time no decision has been rendered.

14.    Services provided to the debtor, or the Personal Representative after the appointment of a chapter 11 trustee, are not included in this application.  *See* Intern. Society, *supra*.

15.    As this is not a "business" case, it is respectfully suggested that the categories listed in Rule 2016-1(d)(2) are not applicable.

16.    Pending the First Circuit's decision, the chapter 7 trustee has liquidated the only significant asset in the estate, that being the debtor's home, and upon information and belief has realized $715,629 from the sale, *see document number 193*.  It is unclear whether that is net of expenses, such as the broker's commission.  That amount appears to be adequate to pay the Personal Representative the debtor's homestead exemption, administrative claims such as this, and some dividend to unsecured creditors.

17.    Attached hereto are itemized statements of services rendered and expenses incurred.  For clarity and convenience, I have followed generally the docket entries for each matter.

18.    I respectfully submit that the fees and expenses requested herein are reasonable compensation for the services provided to the Debtor's estate.

WHEREFORE I request compensation and reimbursement in the amounts set forth on the summary page, attached.

August 22, 2019

Respectfully submitted,

/s/  *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue Room 317
Boston, MA  02115
BBO # 634889
617-340-3680

Certificate of Service

The undersigned stated upon information and belief that the within application and attachments was served on the parties named below by the court's CM/ECF system on the date set forth above.

/s/  *David G. Baker*
David G. Baker, Esq.

John O. Desmond  - trustee@jdesmond.com,  jdesmond@ecf.axosfs.com

Christine E. Devine on behalf of Creditor U.S. Bank National Association
cdevine@mirickoconnell.com,  bankrupt@mirickoconnell.com

John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV

Kate P. Foley on behalf of Defendant US Bank National Association as Trustee
kfoley@mirickoconnell.com

Christopher A Leverone on behalf of Defendant Ocwen Loan Servicing, LLC
cleverone@houser-law.com

Jason A. Manekas on behalf of Defendant US Bank National Association as Trustee
jmanekas@bg-llp.com,   ehares@bg-llp.com

Ryan S Moore on behalf of Creditor U.S. Bank N.A., as Trustee relating to J.P. Morgan Mortgage
Acquisition Corp. 2005-FRE1 Asset Backed Pass-Through Certificates, Series 2005-FRE1
rmoore@houser-law.com,   swilliams@houser-law.com

Kate E. Nicholson on behalf of Trustee John O. Desmond
knicholson@nicholsonpc.com,   knicholson@ecf.courtdrive.com;ekropelin@nicholsonpc.com

Paul O'Neill on behalf of Creditor Executive Office of Health and Human Services
paul.o'neill@state.ma.us

Marcus Pratt on behalf of Creditor U.S. Bank National Association
bankruptcy@KORDEASSOC.COM

Heather Sprague on behalf of Assistant U.S. Trustee John Fitzgerald
Heather.Sprague@usdoj.gov

Christopher Williamson on behalf of Creditor U.S. Bank N.A., as Trustee relating to J.P. Morgan
Mortgage Acquisition Corp. 2005-FRE1 Asset Backed Pass-Through Certificates, Series 2005-FRE1 -
cwilliamson@houser-law.com,   swilliams@houser-law.com

Safina Mbazira

Receipts/Disbursements

| Date | Payee | Category | Outflow | Inflow | Memo/Notes |
|---|---|---|---|---|---|
| 10/12/13 | Safina Mbazira | Fees Earned | | $ 500.00 | Mbazira retainer |
| 11/13/13 | US Bankruptcy Court | Services | $ 1,213.00 | | mbazira filing fee |
| 11/19/13 | Hummingbird CCE | Services | $ 49.00 | | credit counseling fee |
| 2/27/14 | bk Attorney Ser | Services | $ 24.82 | | serve claim bar date order |
| 2/28/14 | bk Attorney Ser | Services | $ 7.20 | | serve AP complaint |
| 9/22/14 | Safina Mbazira | Services | | $ 30.00 | serve motion to amend F |
| 2/11/17 | Counsel Press LLC | Services | $ 240.20 | | Mbazira 1st cir brief |
| 1/7/19 | Courts Usbc Ma | Services | $ 31.00 | | motion to amend schedule re EOHHS |
| | | TOTALS | $ 1,565.22 | $ 530.00 | |
| | | Net | $ 1,035.22 | | |

Summary of Compensation and Reimbursement

| | |
|---|---|
| Main Case | $34,405.00 |
| Adversary | $8,610.00 |
| District Ct. | $2,415.00 |
| First Circuit | $3,885.00 |
| Expenses | $1,035.22 |
| TOTAL | $50,350.22 |

## BRIEF BIOGRAPHY

David G. Baker is a native of Little Rock, Arkansas.  He received a Bachelor of Music degree from the University of Arkansas at Little Rock and a Master of Arts in Education (Music) degree from New York University.  After working full time as a professional musician for many years, he entered Massachusetts School of Law (MSL) in Andover in 1993.  He was appointed to the school's Law Review based on a writing competition.  His professor for bankruptcy law was attorney Jeffrey Kitaeff, formerly a Chapter 7 panel trustee.  While in school he was also employed by attorneys Donald Sheldon, a sole practitioner and adjunct faculty member, and by Kathleen Dwyer of Ardiff and Morse in Danvers, a panel Chapter 7 Bankruptcy Trustee.

After graduation and admission to the state and federal Bars in 1996, he was employed by the former Standing Chapter 13 Trustee in Boston as Of Counsel; he was appointed to the staff in an administrative position by the successor Interim Trustee and Standing Trustee.  As counsel to the former Trustee, he appeared before the Bankruptcy Courts in Boston and Springfield, Massachusetts, and Providence, Rhode Island, as well as the Bankruptcy Appellate Panel for the First Circuit.  He left the Chapter 13 Trustee's office in September, 1999, and since then has been in private practice in Boston.  His practice is approximately 98% bankruptcy cases. He is a member of the American Bankruptcy Institute and contributed to the Educational Materials for the Northeast Region convention in 1999 and to the ABI's Caselaw Email Updates.  He also is a member of the Massachusetts and Boston Bar Associations, and the National Association of Consumer Bankruptcy Attorneys (NACBA), for which he has served as Membership Co-chair for Massachusetts.  He has made presentations to a NACBA convention and to programs sponsored by the Boston Bar Association and Massachusetts Continuing Legal Education.  In 2006, 2008 and 2012, he attended Max Gardner's "Bankruptcy Boot Camp", an intensive training course in litigating in bankruptcy court, with special emphasis on defending against mortgage foreclosures.  He has been published in the ABI Journal and the Journal of the National Association of Chapter 13 Trustees.  He regularly sits as a judge for the Boston Bar Association's high school mock trial competition and other competitions.

Attorney Baker is also admitted to practice before the United States Supreme Court.  On November 6, 2006, he argued the case of Marrama v. Citizens Bank of Massachusetts and DeGiacomo, 127 S.Ct. 1105 (2007), in which he was representing the petitioner, a debtor in a chapter 7 bankruptcy case whose request to convert the case to chapter 13 was denied.  He appears to be the first graduate of Massachusetts School of Law at Andover to argue before the Supreme Court, and the first bankruptcy lawyer from Massachusetts to do so in about twenty years.  Although a majority of the Court ruled against his position, the 5-4 split decision is widely regarded as an exceptional result in the circumstances.  On April 1, 2015, he was present before the Supreme Court again, this time on the brief but not arguing, in the matter of Bullard v. Blue Hills Bank, 135 S.Ct. 1686 (2015); he represented Bullard in the BAP and First Circuit. Other notable decisions include In re Middlesex Power Equipment & Marine, Inc., 292 F. 3d 61 (1st Cir. 2002); In re Traverse, 753 F. 3d 19 (1st Cir. 2014); In re Carey, 221 BR 571 (Bankr. App. Panel, 1st Cir. 1998); and In re Martin, 232 BR 29 (Bankr. D. Mass. 1999).

His office is located in the Back Bay area of Boston.  He continues to work part time as a professional musician.

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:                                              Chapter 11

        SAFINA MBAZIRA                              Case No. 13-16586

                                    Debtor

MOTION FOR APPROVAL OF
EMPLOYMENT OF ATTORNEY FOR DEBTOR

NOW COMES Safina Mbazira, debtor in the above captioned matter, by her attorney, and respectfully moves the Court pursuant to 11 USC § 327 for approval of employment of said attorney, David G. Baker, Esq., as her attorney in this matter, and for reasons states as follows:

1.    The debtor filed a petition under Chapter 11 of the Bankruptcy Code on November 12, 2013.

2.    Because the debtor is not an attorney and not versed in legal matters, she needs representation.

3.    The debtor has met with attorney Baker, discussed this case with him, and believes him to be qualified to represent her in this matter.  Attorney Baker previously was counsel to Richard Askenase, Standing Chapter 13 Trustee in the Eastern Division of this Court, and has several years of experience representing debtors in bankruptcy cases.

4.    The debtor will pay attorney Baker an hourly fee of $350.00, subject to approval of the court, which will be paid when billed or otherwise ordered by the Court.  Attorney Baker represented Mbazira previously with respect to a chapter 13 case, but there is no fee due with respect to the prior case.

5.    To the best of the debtor's knowledge, attorney Baker has no connection with any creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee, except that he previously was counsel to Richard Askenase, former Standing Chapter 13 Trustee in the Eastern Division of this Court, and also was employed by the Interim and subsequent Standing Chapter 13 trustees.

01/07/2014 Approved.

| Date | Doc. # | Description and/or Docket Text | Time | Fee |
|---|---|---|---|---|
| 11/12/13 | 1 | Office meeting to prepare and file Chapter 11 Voluntary Petition with deficiencies. | 1.8 | $630.00 |
| 11/13/13 | 3 | Review Order to Update and calendar relevant dates | 0.4 | $140.00 |
| 11/18/13 | | Office meeting with client to prepare for Initial Debtor Interview | 1.2 | $420.00 |
| 11/20/13 | 6 | Review Order dated 11/20/2013 Dismissing Case for failure to file matrix. (jreg) (Entered: 11/20/2013) | 0.1 | $35.00 |
| 11/20/13 | 7 | Review Notice of Appearance and Request for Notice by Marcus Pratt filed by Creditor U.S. Bank N. A. | 0.1 | $35.00 |
| 11/20/13 | 8 | Prepare and file Matrix | 0.6 | $210.00 |
| 11/20/13 | 9 | Prepare and file Emergency Motion to Reconsider Dismissal of Case | 0 | $0.00 |
| 11/21/13 | 10 | Review Endorsed Order Emergency Motion fto Reconsider Dismissal of Case. GRANTED | 0 | $0.00 |
| 11/21/13 | 11 | Calendar date of meeting re Court's Notice of 341 | 0.1 | $35.00 |
| 11/22/13 | | Attend initial debtor interview | 1.5 | $525.00 |
| 11/27/13 | 15 | Conversation with client & her son: Prepare and file Motion filed to Extend TIme to File Schedules | 0.3 | $105.00 |
| 11/29/13 | 16 | Review Endorsed Order Re: Motion to Extend Time to File Schedules  GRANTED. | 0.1 | $35.00 |
| 12/11/13 | 18 | Meeting with client to review preparation of forms; file Evidence of Current and Sufficient Liability and Property Insurance | 1 | $350.00 |
| 12/11/13 | 19 | Prepare & file Second Motion to Extend Time to File Documents | 0.1 | $35.00 |
| 12/13/13 | 20 | Prepare and file Application to Employ David G. Baker as Attorney for Debtor with Affidavit | 0.7 | $245.00 |
| 12/13/13 | 21 | Review Endorsed Order Re Second Motion to Extend Time to File Documents. GRANTED. | 0.1 | $35.00 |
| 12/16/13 | 23 | Equity Security Holders statement filed. | 0.1 | $35.00 |
| 12/16/13 | 24 | Finalize and file Schedules and Statement of Financial Affairs, (Re: 1 Voluntary Petition (Chapter 11)) | 2.8 | $980.00 |
| 12/16/13 | 25 | Review bank statements, tax returns, and paystubs; prepare Chapter 11 Statement of Current Monthly Income (Form 22B) | 0.3 | $105.00 |
| 12/16/13 | 26 | List of 20 Largest Creditors filed by Debtor Safina N. Mbazira | 0.1 | $35.00 |

| | | | | |
|---|---|---|---|---|
| 12/17/13 | 27 | Disclosure of Compensation of Attorney David G. Baker in the amount of 500.00. Plus 0.00 paid to debtor`s counsel for court filing fees filed by Debtor Safina N. Mbazira | 0.2 | $70.00 |
| 1/7/14 | 28 | Review Endorsed Order Re: 20 Application to Employ David G. Baker as Attorney for Debtor. APPROVED | 0.1 | $35.00 |
| 2/25/14 | 30 | Prepare and file Motion to Set Bar Date | 0.2 | $70.00 |
| 2/25/14 | 31 | Research Registry of Deeds, obtain documents (deed, mortgage, etc.)  Prepare and file Adversary case 14-01055. | 3.5 | $1,225.00 |
| 2/25/14 | 32 | GRANTED. | 0.1 | $35.00 |
| 2/26/14 | 33 | Serve Order on Motion To Set Bar Date and file Certificate of Service | 0.2 | $70.00 |
| 3/20/14 | 35 | Review Notice of Appearance and Request for Notice by Christine E. Devine filed by Creditor U.S. Bank N. A. | 0.1 | $35.00 |
| 3/20/14 | 36 | Review Notice of Appearance and Request for Notice by Kate P. Foley filed by Creditor U.S. Bank N. A. | 0.1 | $35.00 |
| 4/30/15 | 37 | Review Objection to Debtor's Homestead Exemption, filed by Creditor U.S. Bank N. A.; preliminary legal | 0.4 | $140.00 |
| 5/5/15 | 38 | Calendar Hearing Scheduled for 6/17/2015 re: 37 Objection of Creditor U.S. Bank N. A. to Debtor's Homestead Exemption. | 0.1 | $35.00 |
| 5/6/15 | 39 | Certificate of Service of Notice of Hearing (Re: 37 Objection) filed by Creditor U.S. Bank N. A. (Foley, Kate) (Entered: 05/06/2015) | 0 | $0.00 |
| 5/13/15 | 40 | Further legal research re homestead; prepare and file Response Re: 37 Objection to Debtor's Homestead Exemption | 1.2 | $420.00 |
| 5/20/15 | 41 | Review Endorsed Order Re: 37 Objection to Debtor's Homestead Exemption filed by Creditor U.S. Bank N. A.. OVERRULED. The Objection is overruled for the reasons stated in the Debtor's response. | 0.1 | $35.00 |
| 5/16/18 | 43 | Telephone conversation with Ismael Rajab (debtor's son); research re procedure upon death of a debtor; emails with US Trustee's office; prepare and file Notice of Death | 1.3 | $455.00 |
| 5/17/18 | 44 | Death | 0.1 | $35.00 |
| 5/21/18 | 46 | Serve notice of death on matrix; file Certificate of Service | 0.3 | $105.00 |
| 5/30/18 | 47 | Prepare and file Notice of Change of Address for an interested party | 0.2 | $70.00 |
| 6/6/18 | 48 | Prepare and file Notice of Change of Address | 0.2 | $70.00 |
| 6/15/18 | 49 | Prepare and file Notice of Change of Address | 0.2 | $70.00 |

| | | | | |
|---|---|---|---|---|
| 6/20/18 | 50 | Conversation & emails with Mr. Rajab and attorney D'Angio re Probate matter; Prepare and file Application for Authority to Employ Carl D'Angio, Esq. as Special Counsel for Probate Matter | 1.8 | $630.00 |
| 6/20/18 | 51 | Serve motion to employ (#50) atty. D'Angio; prepare and file Certificate of Service | 0.3 | $105.00 |
| 7/6/18 | 52 | Review Endorsed Order Re: 50 Application for Authority to Employ Carl D'Angio, Esq. as Special Counsel | 0.1 | $35.00 |
| 11/9/18 | 54 | Conversation with attorney D'Angio; Prepare and file Status Report re Probate matter | 0.4 | $140.00 |
| 12/12/18 | 55 | Review Order to Show Cause Re: 54 Status Report; review applicable rule. | 0.3 | $105.00 |
| 12/15/18 | 57 | Office meeting with Mr. Rajab; prepare and file Declaration Re: Electronic Filing | 0.6 | $210.00 |
| 12/15/18 | 58 | Prepare and file Statement of Personal Representative | 0.2 | $70.00 |
| 12/18/18 | 59 | Review Endorsed Order re Order to Show Cause. ORDER TO SHOW CAUSE RELEASED. | 0.1 | $35.00 |
| 1/5/19 | 61 | Conversation with atty. D'Angio re MassHeath filings in Probate Court; prepare and file Amended Schedule(s) D to include MassHealth (disputed as to secured status) | 0.4 | $140.00 |
| 1/5/19 | 62 | Prepare and file Motion to Amend Schedule D, Matrix, to include MassHealth | 0.1 | $35.00 |
| 1/9/19 | 63 | Prepare and file Notice of Change of Address | 0.1 | $35.00 |
| 1/23/19 | 64 | Review Endorsed Order Re: 62 Motion to Amend Schedule D, Matrix | 0.1 | $35.00 |
| 1/23/19 | 65 | Review Notice to Added Creditors by the Court | 0.1 | $35.00 |
| 2/20/19 | 68 | Conversation with atty. Foley re Motion filed by Creditor U.S. Bank N. A. for Relief from Stay Re: Asserting and Preserving Claims Against Probate Estate | 0.4 | $140.00 |
| 2/21/19 | 69 | Review Notice of Objection/Response Deadline Re: 68 Motion for Relief From Stay | 0.1 | $35.00 |
| 3/11/19 | 70 | Review Order Re: 68 Motion filed by Creditor U.S. Bank N. A. for Relief from Stay | 0.3 | $105.00 |
| 3/15/19 | 72 | Review Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case | 0.4 | $140.00 |
| 3/18/19 | 73 | Calendar Hearing Scheduled for 4/23/2019 at 10:00 AM RE: 72 Motion filed by U.S. Trustee to Dismiss Case | 0.1 | $35.00 |
| 3/25/19 | 75 | Review Emergency Motion filed by Creditor Executive Office of Health and Human Services to Extend Time to Object to Discharge; review applicable local rule. | 0.4 | $140.00 |

| | | | | |
|---|---|---|---|---|
| 3/25/19 | 76 | Brief convesation with Mr. Rajab; prepare and file Objection Re: 72 Motion to Dismiss Case | 0.6 | $210.00 |
| 3/26/19 | 77 | Prepare and file Objection Re: 75 Emergency Motion filed by Creditor Executive Office of Health and Human Services to Extend Time to Object to Discharge | 0.3 | $105.00 |
| 3/26/19 | 78 | Review Order Re: 75 Emergency Motion filed by Creditor Executive Office of Health and Human Services (emergency treatment denied). | 0.1 | $35.00 |
| 3/26/19 | 79 | Calendar Hearing Scheduled for 4/23/2019 at 10:00 AM RE: 75 Emergency Motion filed by Creditor Executive Office of Health and Human Services to Extend Time to Object to Discharge. | 0.1 | $35.00 |
| 3/30/19 | 81 | Notice of Change of Address filed by Debtor Safina N. Mbazira (Baker, David) (Entered: 03/30/2019) | 0.1 | $35.00 |
| 4/2/19 | 82 | Review Limited Opposition filed by Creditor U.S. Bank N. A. Re: 72 Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case | 0.3 | $105.00 |
| 4/4/19 | 83 | Prepare and file Response Re: 82 Opposition filed by Creditor U.S. Bank N. A. | 0.3 | $105.00 |
| 4/12/19 | | Emails with atty D'Angio re EOHHS filing in Superior Court in addition to Probate Court | 0.3 | $105.00 |
| 4/17/19 | 84 | Review Expedited Motion filed by Creditor U.S. Bank N. A. to Appoint Trustee | 0.2 | $70.00 |
| 4/17/19 | 85 | Review case law on appointing a trustee; prepare and file Objection Re: 84 Expedited Motion filed by Creditor U.S. Bank N. A. to Appoint Trustee | 0.7 | $245.00 |
| 4/18/19 | 86 | Review Endorsed Order Re: 84 Expedited Motion filed by Creditor U.S. Bank N. A. to Appoint Trustee. | 0.1 | $35.00 |
| 4/19/19 | 87 | Review Certificate of Service of Notice of Hearing Re: 84 Motion to Appoint Trustee/Examiner | 0.1 | $35.00 |
| 4/19/19 | 88 | Prepare and file Notice of Change of Address | 0.1 | $35.00 |
| 4/22/19 | 90 | Review Notice of Appearance and Request for Notice by Ryan S Moore filed by Interested Party Ocwen Loan Servicing, et al | 0.1 | $35.00 |
| 4/23/19 | 91 | Review Objection filed by Creditor Executive Office of Health and Human Services Re: 84 Expedited Motion to Appoint Trustee | 0.4 | $140.00 |
| 4/23/19 | 92 | Review Notice of Appearance and Request for Notice by Christopher Williamson filed by Interested Party Ocwen Loan Servicing,et al | 0.1 | $35.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/19 | 93 | Prepare and file Response Re: 91 Objection filed by Creditor Executive Office of Health and Human Services | 0.8 | $280.00 |
| 4/23/19 | 95 | Prepare for and Attend hearing on Order dated 4/23/2019 Re: 84 Expedited Motion filed by Creditor U.S. Bank N. A. to Appoint Trustee. | 2 | $700.00 |
| 4/23/19 | 96 | Review Order dated 4/23/2019 Re: 72 Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case. HEARING HELD. DENIED. | 0.1 | $35.00 |
| 4/23/19 | 97 | Review Order Re: 75 Emergency Motion filed by Creditor Executive Office of Health and Human Services to Extend Time to Object to Discharge.  ALLOWED. | 0.1 | $35.00 |
| 4/24/19 | 98 | Review United States Trustee's Certificate of Appointment of Chapter 11 Trustee John O. Desmond and Application for Approval of such Appointment | 0.1 | $35.00 |
| | | Sub-Totals: | 33.3 | $11,655.00 |
| | | 65 Monthly meetings to prepare Monthly Operating Reports; average time = | 1.5 | $22,750.00 |
| | | GRAND TOTAL FEE FOR BASE CASE: | | $34,405.00 |

| Date | Doc. # | Description and/or Docket Text | Time | Fee |
|---|---|---|---|---|
| 2/25/14 | 1 | Research at Registry of Deeds; legal research re standing of chapter 11 debtor; Prepare and file Adversary case 14-01055. | 2.6 | $910.00 |
| 3/20/14 | 4 | Review Notice of Appearance and Request for Notice by Christine E. Devine and Kate Foley; conversation re exend time for answer | 0.4 | $140.00 |
| 3/26/14 | 6 | Review Assented to Motion to Extend Deadline to File Answer or Otherwise Plead | 0.1 | $35.00 |
| 3/28/14 | 7 | Review Endorsed Order dated 3/28/2014 Re: 6 Assented to Motion to Extend Deadline | 0.1 | $35.00 |
| 4/3/14 | 9 | by Christopher A Leverone filed by Defendant Ocwen | 0.1 | $35.00 |
| 4/3/14 | 10 | Peliminary review of Motion filed by Defendant Ocwen to Dismiss Adversary Proceeding | 0.4 | $140.00 |
| 4/3/14 | 11 | Calendar Hearing date RE: 10 Motion filed by Defendant Ocwen to Dismiss Adversary Proceeding | 0.1 | $35.00 |
| 4/17/14 | 13 | Prepare and file Motion to Amend Caption to Correct Name of a Defendant | 0.2 | $70.00 |
| 4/17/14 | 14 | Prepare and file Objection Re: 10 Motion to Dismiss Adversary Proceeding | 0.7 | $245.00 |
| 4/18/14 | 15 | Review Endorsed Order dated 4/18/2014 Re: 13 Motion filed by Plaintiff Safina N. Mbazira to Amend Caption | 0.1 | $35.00 |
| 4/23/14 | 16 | Conversation re further extension of time to answer; review Assented to Motion filed by Defendant US Bank National Association | 0.4 | $140.00 |
| 4/23/14 | 18 | Review Endorsed Order dated 4/23/2014 Re: 16 Assented to Motion filed by Defendant US Bank National Association | 0.1 | $35.00 |
| 5/7/14 | 20 | Prepare for and attend hearing Re: 10 Motion filed by Defendant Ocwen to Dismiss Adversary Proceeding. DENIED. | 1.2 | $420.00 |
| 5/23/14 | 22 | Review Motion filed by Defendant US Bank National Association as Trustee for Certification of State Law Question to Massachusetts Supreme Judicial Court | 0.2 | $70.00 |
| 5/23/14 | 23 | Review and research legal issues re Memorandum In Support of Re: 22 Motion for Certification of State Law | 0.8 | $280.00 |

| | | | | |
|---|---|---|---|---|
| 5/23/14 | 25 | Conversation re Assented to Motion filed by Defendant US Bank National Association as Trustee to Extend Time to Answer and review of motion. | 0.3 | $105.00 |
| 5/27/14 | 26 | Calendar Hearing date Re: 22 Motion for Certification of State Law Question to Massachusetts Supreme Judicial Court. | 0.1 | $35.00 |
| 5/29/14 | 28 | Prepare for and attend hearing regarding 25 Assented to Motion filed by Defendant US Bank National Association as Trustee to Extend Time to Answer Complaint. DENIED. | 1.8 | $630.00 |
| 6/3/14 | 30 | Review Motion filed by Defendant US Bank National Association as Trustee to Dismiss Adversary Proceeding | 0.1 | $35.00 |
| 6/3/14 | 31 | Review and research re Brief/Memorandum In Support of (Re: 30 Motion to Dismiss Adversary Proceeding) | 1.1 | $385.00 |
| 6/4/14 | 33 | Calendar Hearing Re: 30 Motion to Dismiss Adversary Proceeding | 0.1 | $35.00 |
| 6/9/14 | 36 | Review Answer to Complaint with certificate of service filed by Ocwen Loan Servicing, LLC. | 0.4 | $140.00 |
| 7/5/14 | 37 | Prepare and file Objection 30 Motion to Dismiss Adversary Proceeding | 0.8 | $280.00 |
| 7/7/14 | 38 | Review Assent filed by Defendant Ocwen Loan Servicing, LLC Re: 30 Motion to Dismiss Adversary Proceeding | 0.3 | $105.00 |
| 7/9/14 | 39 | Prepare for and attend the hearing Re: 30 Motion filed by Defendant US Bank National Association as Trustee to Dismiss Adversary Proceeding. This matter is hereby taken under advisement. | 0.8 | $280.00 |
| 7/11/14 | 40 | Calendar availability and date of official transcript of hearing (RE: 30 Motion of Defendant, U.S. Bank to Dismiss Adversary Proceeding | 0.1 | $35.00 |
| 9/11/14 | 44 | ReviewMemorandum of decision dated 9/11/2014 Re: 22 Motion filed by Defendant US Bank National Association as Trustee for Certification of State Law Question . DENIED | 0.6 | $210.00 |
| 9/25/14 | 48 | Review Answer to Complaint and Affirmative Defenses with certificate of service filed by US Bank National Association as Trustee. | 0.4 | $140.00 |
| 9/29/14 | 49 | Review Preliminary Pre-Trial Order dated 9/29/2014 Re: 1 Complaint and the calendar appropriate dates. | 0.2 | $70.00 |

| | | | | |
|---|---|---|---|---|
| 10/8/14 | 51 | Legal research; prepare and file Motion for Judgment on the Pleadings | 0.7 | $245.00 |
| 10/15/14 | 52 | Calendar Hearing date RE: 51 Motion for Judgment on the Pleadings. | 0.1 | $35.00 |
| 10/21/14 | 54 | Prepare and file Motion to Suspend Pre-Trial Deadlines | 0.2 | $70.00 |
| 10/21/14 | 55 | Prepare and file Certificate of Service of Notice of Hea | 0.1 | $35.00 |
| 10/21/14 | 56 | Review Endorsed Order dated 10/21/2014 Re: 54 Motion filed by Plaintiff Safina N. Mbazira to Suspend Pre-Trial Deadlines. GRANTED. | 0.1 | $35.00 |
| 11/7/14 | 58 | Review Opposition Re: 51 Plaintiff's Motion for Judgment on the Pleadings | 0.4 | $140.00 |
| 11/7/14 | 59 | Further Review Affidavit of Kate P. Foley (Re: 51 Motion for Judgment, 58 Opposition) | 0.2 | $70.00 |
| 11/12/14 | 61 | Review Order dated 11/12/2014 Re: 51 Motion filed by Plaintiff Safina N. Mbazira for Judgment on the Pleadings. The hearing assignment of November 19, 2014 is continued to December 3, 2014 at 9: 30 a.m. | 0.1 | $35.00 |
| 12/1/14 | 63 | Review Emergency Motion filed by Defendant US Bank National Association as Trustee to Continue Hearing [Re: 51 Motion for Judgment] (JOINT) | 0.1 | $35.00 |
| 12/2/14 | 64 | Review Endorsed Order dated 12/2/2014 Re: 63 Emergency Motion filed by Defendant US Bank National Association as Trustee to Continue Hearing Re: 51 Motion for Judgment. GRANTED. | 0.1 | $35.00 |
| 1/12/15 | 67 | Review Motion filed by Defendant US Bank National Association as Trustee for Leave to File Supplement Re: 58 Opposition; 51 Motion for Judgment on the Pleadings | 0.1 | $35.00 |
| 1/12/15 | 68 | Conversation re Assented To Motion filed by Plaintiff Safina N. Mbazira to Continue Hearing [Re: 51 Motion for Judgment] | 0.3 | $105.00 |
| 1/13/15 | 69 | Review Endorsed Order dated 1/13/2015 Re: 67 Motion filed by Defendant US Bank National Association as Trustee for Leave to File Supplement. GRANTED. | 0.1 | $35.00 |
| 1/13/15 | 70 | Review Endorsed Order dated 1/13/2015 Re: 68 Assented To Motion. GRANTED IN PART | 0.1 | $35.00 |
| 1/15/15 | 71 | Review Supplemental Opposition by Defendant, U.S. Bank National Association, as Trustee | 0.4 | $140.00 |

| | | | | |
|---|---|---|---|---|
| 1/23/15 | 74 | Prepare and file Reply Re: 71 Supplemental Opposition and Memorandum | 0.6 | $210.00 |
| 1/24/15 | 75 | Prepare and file Certificate of Service of Notice of Hearing (Re: 51 Motion for Judgment) | 0.1 | $35.00 |
| 2/11/15 | 76 | Prepare for and attend hearing 5 Re: 51 Motion filed by Plaintiff Safina N. Mbazira for Judgment on the Pleadings. | 1 | $350.00 |
| 2/12/15 | 77 | Calendar availability date of An official transcript of hearing (RE: 51 Motion of Plaintiff for Judgment on the Pleadings | 0.1 | $35.00 |
| 2/20/15 | 81 | Review Order dated 2/20/2015 Re: 51 Motion filed by Plaintiff Safina N. Mbazira for Judgment on the Pleadings. Upon consideration of the Plaintiffs Motion for Judgment on the Pleadings (and the Opposition of Defendant ... the Court... hereby converts the Plaintiffs motion to one seeking summary judgment pursuant to Fed. R. Civ. P. 56... | 0.3 | $105.00 |
| 2/27/15 | 83 | Review Request filed by Defendant US Bank National Association as Trustee for Judgment as a Matter of Law | 0.6 | $210.00 |
| 2/27/15 | 84 | Legal research, prepare and file Brief/Memorandum In Support of Summary Judgment for the Plaintiff | 1.3 | $455.00 |
| 3/31/15 | 85 | Review Memorandum of Decision dated 3/31/2015 Re: 51 Motion for Judgment filed by Plaintiff Safina N. Mbazira.An Order granting the Motion shall enter. | 0.7 | $245.00 |
| 3/31/15 | 86 | Review Order dated 3/31/2015 Re: 51 Motion filed by Plaintiff Safina N. Mbazira for Judgment on the Pleadings. GRANTED. | 0.1 | $35.00 |
| 4/14/15 | 89 | Review Notice of Appeal and Statement of Election to District Court and related documents | 0.3 | $105.00 |
| 4/24/15 | 99 | Review Court's Notice of Docketing Record on Appeal to District Court. | 0.1 | $35.00 |
| 4/28/15 | 101 | Review Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues to be Presented | 0.2 | $70.00 |
| 4/29/15 | 102 | Review Notice of Appearance and Request for Notice by Jason A. Manekas with certificate of service filed by Defendant US Bank National Association as Trustee | 0.1 | $35.00 |
| 5/15/15 | 103 | Review Transmittal of Record to District Court | 0.1 | $35.00 |

Mbazira v. Ocwen et al - 14-1055                    Page No. 5 of 5

| | | | | |
|---|---|---|---|---|
| 3/29/16 | 105 | Review decision and Final Order By District Court Judge Indira Talwani, Re: Appeal on Civil Action Number: 15-cv-11682-IT, Affirmed | 1.3 | $455.00 |
| | | TOTAL: | | $8,610.00 |

| Date Filed | Docket # | Docket Text | Time | | Cost |
|---|---|---|---|---|---|
| 4/14/15 | 3 | Review Notice of Election to Appeal to the District Court by US Bank NA (adminn, ) (Entered: 04/23/2015) | 0.1 | $ | 35.00 |
| 4/15/15 | 1 | Review Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 14-01055. File received | 0.1 | $ | 35.00 |
| 4/15/15 | 2 | Copy of Bankruptcy Docket Received: 1 Bankruptcy Appeal (adminn, ) (Entered: 04/23/2015) | 0 | $ | - |
| 4/24/15 | 4 | Review ELECTRONIC NOTICE of Case Assignment. Judge Douglas P. Woodlock assigned to case. (Abaid, Kimberly) (Entered: 04/24/2015) | 0.1 | $ | 35.00 |
| 4/29/15 | 5 | Review ELECTRONIC Bankruptcy Scheduling Order & calendar dates. Appellant Brief due by 5/13/2015. Appellee Brief due by 5/27/2015. Appellant Reply Brief due by 6/10/2015. (Gioia, AnaMaria) (Entered: 04/29/2015) | 0.3 | $ | 105.00 |
| 4/29/15 | 6 | Review NOTICE of Appearance by Jason A. Manekas on behalf of US Bank NA (Manekas, Jason) (Entered: 04/29/2015) | 0.1 | $ | 35.00 |
| 4/30/15 | 7 | Conversation with atty Manekas; review Assented to MOTION for Extension of Time to Extend Briefing Schedule filed Jointly with Ocwen Loan Servicing, LLC with Certificate of Service by US Bank NA.(Manekas, Jason) (Entered: 04/30/2015) | 0.3 | $ | 105.00 |
| 5/6/15 | 8 | Review Judge Douglas P. Woodlock: ELECTRONIC ORDER entered granting 7 Assented to Motion to Extend Briefing Schedule. (Lovett, Jarrett) (Entered: 05/06/2015) | 0.1 | $ | 35.00 |
| 5/6/15 | 9 | Review ELECTRONIC Amended Bankruptcy Scheduling Order and calendar new dates: Appellant Brief due by 6/26/2015. Appellee Brief due by 7/31/2015. Appellant Reply Brief due by 8/14/2015. No further extensions shall be anticipated. (Lovett, Jarrett) (Entered: 05/06/2015) | 0.3 | $ | 105.00 |
| 5/6/15 | 10 | Review NOTICE of Withdrawal of Appearance by Christine E. Devine with Certificate of Service (Devine, Christine) (Entered: 05/06/2015) | 0.1 | $ | 35.00 |
| 5/6/15 | 11 | Review NOTICE of Withdrawal of Appearance by Kate P. Foley with Certificate of Service (Foley, Kate) (Entered: 05/06/2015) | 0.1 | $ | 35.00 |
| 5/27/15 | 12 | Conversation with atty Manekas; reviewAssented to MOTION to Consolidate Cases with Certificate of Service by US Bank NA.(Manekas, Jason) (Entered: 05/27/2015) | 0.3 | $ | 105.00 |

| Date | No. | Description | Hours | | Amount |
|------|-----|-------------|-------|---|--------|
| 6/9/15 | 15 | Review ELECTRONIC NOTICE of Reassignment. Pursuant to Judge Douglas P. Woodlock's taking of senior status, this case is reassigned to Judge Indira Talwani(Abaid, Kimberly) (Entered: 06/09/2015) | 0.1 | $ | 35.00 |
| 6/11/15 | 16 | Review Judge Indira Talwani: ELECTRONIC ORDER entered granting 12 Motion to Consolidate Cases (MacDonald, Gail) (Entered: 06/11/2015) | 0.1 | $ | 35.00 |
| 6/12/15 | 17 | Review Joint MOTION to Stay Appeal by US Bank NA.(Manekas, Jason) (Entered: 06/12/2015) | 0.2 | $ | 70.00 |
| 6/16/15 | 18 | Review Judge Indira Talwani: ELECTRONIC ORDER entered granting in part and denying in part 17 Motion to Stay. The stay will remain in effect for 90 days or until one week after the United States Court of Appeals for the First Circuit in Bank of America v. Casey, C.A. No. 14-2115, certifies or declines to certify a question to the Supreme Judicial Court of Massachusetts, whichever occurs first. The parties shall promptly notify the court of such action, and may renew their motion to stay the appeal at that time. (MacDonald, Gail) (Entered: 06/16/2015) | 0.1 | $ | 35.00 |
| 7/10/15 | 19 | Review STATUS REPORT (Joint) and Request for Briefing Schedule to File Motion to Certify Questions by US Bank NA. (Manekas, Jason) (Entered: 07/10/2015) | 0.1 | $ | 35.00 |
| 7/13/15 | 20 | Review Judge Indira Talwani: SCHEDULING ORDER ON MOTION TO CERTIFY QUESTIONS. The parties shall submit to this Court a joint motion to certify questions on or before July 22, 2015. See attached Order. (MacDonald, Gail) (Entered: 07/14/2015) | 0.1 | $ | 35.00 |
| 7/24/15 | 21 | Conversation with atty Manekas; review MOTION for Order to Certify State Law Questions to Massachusetts Supreme Judicial Court by OCWEN LOAN SERVICING, LP, US Bank NA. (Attachments: # 1 Text of Proposed Order)(Manekas, Jason) (Entered: 07/24/2015) | 0.2 | $ | 70.00 |
| 7/24/15 | 22 | Review MEMORANDUM in Support re 21 MOTION for Order to Certify State Law Questions to Massachusetts Supreme Judicial Court | 0.3 | $ | 105.00 |
| 7/29/15 | 23 | Legal research; prepare and file Opposition re 21 MOTION for Order to Certify State Law Questions to Massachusetts Supreme Judicial Court | 0.6 | $ | 210.00 |
| 7/29/15 | 24 | Prepare and file MOTION for Summary Judgment by Safina N. Mbazira.(Baker, David) (Entered: 07/29/2015) | 0.4 | $ | 140.00 |
| 8/10/15 | 25 | Review Opposition re 24 MOTION for Summary Judgment with Certificate of Service filed by US Bank NA. (Manekas, Jason) (Entered: 08/10/2015) | 0.3 | $ | 105.00 |

| | | | | |
|---|---|---|---|---|
| 9/15/15 | 26 | Review NOTICE of Appearance by Andrew C. Feldman on behalf of OCWEN LOAN SERVICING, LP (Feldman, Andrew) (Entered: 09/15/2015) | 0.1 | $ 35.00 |
| 10/2/15 | 27 | Review Judge Indira Talwani: ELECTRONIC ORDER entered Denying without prejudice 24 Motion for Summary Judgment. (DaSilva, Carolina) (Entered: 10/02/2015) | 0.1 | $ 35.00 |
| 11/30/15 | 28 | Review Judge Indira Talwani: ELECTRONIC ORDER entered. ORDER consolidating cases 15cv11682 and 15cv11683. ALL FURTHER PLEADINGS SHOULD BE FILED IN THE LEAD CASE 15cv11682-IT. Associated Cases: 1: 15-cv-11682-IT, 1: 15-cv-11683-IT(DaSilva, Carolina) (Entered: 11/30/2015) | 0.1 | $ 35.00 |
| 11/30/15 | 29 | Review and calendar Bankruptcy Scheduling Order Appellant Brief due by 12/30/2015. Appellee Brief due by 1/29/2016. Appellant Reply Brief due by 2/12/2016. The parties need not reiterate arguments already raised in their briefs on the motion to certify. (DaSilva, Carolina) (Entered: 11/30/2015) | 0.2 | $ 70.00 |
| 12/29/15 | 30 | Review APPENDIX/EXHIBIT (RECORD APPENDIX) by US Bank NA. | 0.3 | $ 105.00 |
| 12/30/15 | 31 | Review Appellant's BRIEF by US Bank NA. Appellee Brief due by 1/29/2016. (Manekas, Jason) Courtesy Copy received in clerk's office on 12/31/2015 (DaSilva, Carolina). (Entered: 12/30/2015) | 0.7 | $ 245.00 |
| 12/30/15 | 32 | Review NOTICE by OCWEN LOAN SERVICING, LP re 31 Appellant's Brief Joinder in Brief (Feldman, Andrew) (Entered: 12/30/2015) | 0.1 | $ 35.00 |
| 12/30/15 | 33 | Review CORPORATE DISCLOSURE STATEMENT by OCWEN LOAN SERVICING, LP identifying Corporate Parent Ocwen Financial Corporation for OCWEN LOAN SERVICING, LP.. (Feldman, Andrew) (Entered: 12/30/2015) | 0.1 | $ 35.00 |
| 3/28/16 | 34 | Review Judge Indira Talwani: ORDER entered. MEMORANDUM AND ORDER: AFFIRMING the Bankruptcy Court and DENYING Defendant-Appellant U.S. Bank's 21 Motion for Certification of State Law Questions to Massachusetts Supreme Judicial Court. See Attached Order. (DaSilva, Carolina) (Entered: 03/28/2016) | 0.6 | $ 210.00 |
| 4/27/16 | 35 | Review NOTICE OF APPEAL 34 MEMORANDUM AND ORDER by JPMorgan Chase & Co., US Bank NA | 0.1 | $ 35.00 |
| 5/9/16 | 38 | Review DESIGNATION of Record on Appeal by JPMorgan Chase & Co., US Bank NA re 35 Notice of Appeal | 0.1 | $ 35.00 |
| | | TOTALS | 6.9 | $ 2,415.00 |

| Date | Description | Time | Cost |
|---|---|---|---|
| 5/5/16 | Review notice of CIVIL CASE docketed; calendar dates. Notice of appeal (doc. #35) filed by Appellant US Bank, N.A.. | 0.1 | $35.00 |
| 5/9/16 | Review NOTICE of appearance on behalf of Appellant US Bank, N.A. filed by Attorney Jason A. Manekas, and related documents | 0.1 | $35.00 |
| 5/9/16 | NOTICE of appearance on behalf of Appellee Safina N. Mbazira filed by Attorney David G. Baker. Certificate of service dated 05/09/2016. [16-1465] (DGB) [Entered: 05/09/2016 ] | 0.1 | $35.00 |
| 6/28/16 | Review and calendar BRIEFING schedule set. | 0.1 | $35.00 |
| 6/28/16 | Review NOTICE issued. After 07/12/2016, the following attorneys will no longer receive notice of court issued documents in this case … | 0.1 | $35.00 |
| 7/20/16 | Review ASSENTED TO MOTION to extend time to file *brief and appendix* filed by Appellant US Bank, N.A.. | 0.2 | $70.00 |
| 7/20/16 | Review ORDER granting motion to extend time to file brief and appendix filed by Appellant US Bank, N.A.. Brief and appendix due 09/09/2016 for appellant US Bank, N.A. | 0.1 | $35.00 |
| 9/9/16 | Review MOTION to certify question of law filed by Appellant US Bank, N.A.. Certificate of service dated 09/09/2016. | 0.3 | $105.00 |
| 9/9/16 | Review RECORD APPENDIX filed by Appellant US Bank, N.A.. Number of volumes: 1. Number of copies: 5. Certificate of service dated 09/09/2016. [16-1465] (AP) [Entered: 09/09/2016 | 0.3 | $105.00 |
| 9/9/16 | Review BRIEF tendered by Appellant US Bank, N.A.. Certificate of service dated 09/09/2016. [16-1465] (JAM) [Entered: 09/09/2016 05:47 PM] | 1.3 | $455.00 |
| 10/17/16 | Prepare and file MOTION to extend time to file *brief* filed by Appellee Safina N. Mbazira. Certificate of service dated 10/17/2016. [16-1465] (DGB) [Entered: 10/17/2016 05:30 PM] | 0.3 | $105.00 |
| 10/18/16 | Review ORDER granting motion to extend time to file brief filed by Appellee Safina N. Mbazira. Brief due 11/14/2016 for appellee Safina N. Mbazira. [16-1465] (GA) | 0.1 | $35.00 |
| 11/15/16 | Legal research; review Appellant's brief; prepare BRIEF tendered by Appellee Safina N. Mbazira. Certificate of service dated 11/15/2016. [16-1465] (DGB) [Entered: 11/15/2016 | 2.1 | $735.00 |
| 11/23/16 | MOTION for leave to file instanter filed by Appellee Safina N. Mbazira. Certificate of service dated 11/23/2016. [16-1465] (DGB) [Entered: 11/23/2016 02:44 PM] | 0.1 | $35.00 |
| 11/28/16 | ORDER entered: The appellee's motion for leave to file her brief instanter is allowed. The appellee's brief is accepted for filing on this date. [16-1465] (DO) [Entered: 11/28/2016 | 0.1 | $35.00 |
| 11/28/16 | Prepare and file APPELLEE'S BRIEF by Appellee Safina N. Mbazira. Certificate of service dated 11/15/2016. | 2.3 | $805.00 |

Newen v. Mbazira

First Circuit Court of Appeals

| | | | |
|---|---|---|---|
| 7/12/17 | ORDER - Appellant's Motion for Certification of State Law Questions to the Massachusetts Supreme Judicial Court is denied without prejudice to reconsideration by the merits panel. | 0.1 | $35.00 |
| 8/23/17 | CASE calendared: Tuesday, 10/03/2017 AM Boston, MA Panel Courtroom. Designation form due 09/06/2017. [16-1465] (DT) [Entered: 08/23/2017 11:01 AM] | 0.1 | $35.00 |
| 8/23/17 | DESIGNATION of attorney presenting oral argument filed by Attorney David G. Baker for Appellee Safina N. Mbazira. Certificate of service dated 08/23/2017. [16-1465] (DGB) [Entered: 08/23/2017 01:06 PM] | 0.1 | $35.00 |
| 8/24/17 | DESIGNATION of attorney presenting oral argument filed by Attorney Jason A. Manekas for Appellant US Bank. Certificate of service dated 08/24/2017. [16-1465] (JAM) [Entered: 08/24/2017 | 0.1 | $35.00 |
| 10/3/17 | CASE argued. Panel: Jeffrey R. Howard, Chief Appellate Judge; Rogeriee Thompson, Appellate Judge and William J. Kayatta, Jr., Appellate Judge. Arguing attorneys: Jason A. Manekas for US Bank and David G. Baker for Safina N. Mbazira. [16-1465] (DT) [Entered: 10/03/2017 12:05 PM] | 3 | $1,050.00 |
| | TOTALS | 11.1 | $3,885.00 |